# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF TENNESSEE
## GREENEVILLE DIVISION

| | | |
|---|---|---|
| In re:  LARRY MACK CONWAY | § | Case No. 14-51476-MPP |
| KATHY SUE CONWAY | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Gwendolyn M. Kerney, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1).  The Trustee declares as follows:

1) The case was filed on 08/29/2014.

2) The plan was confirmed on 10/24/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on NA.

4) The Trustee filed action to remedy default by the debtor(s) in performance under the plan on NA.

5) The case was completed on 06/20/2017.

6) Number of months from filing or conversion to last payment: 33.

7) Number of months case was pending: 37.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $22,687.96.

10) Amount of unsecured claims discharged without full payment: $6,108.70.

11) All checks distributed by the Trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor(s) | $ 124,054.00 |
| Less amount refunded to debtor(s) | $ 6,529.95 |
| **NET RECEIPTS** | $ 117,524.05 |

Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $ 2,334.00 |
| Court Costs | $ 0.00 |
| Trustee Expenses & Compensation | $ 5,327.41 |
| Other | $ 0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 7,661.41 |

Attorney fees paid and disclosed by debtor(s):    $ 666.00

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| D. Stephen Duncan | Lgl | 3,000.00 | 3,000.00 | 3,000.00 | 2,334.00 | 0.00 |
| CLERK OF THE COURT - GRN | Adm | 310.00 | 310.00 | 310.00 | 0.00 | 0.00 |
| APPALACHIAN LENDING | Sec | 2,100.00 | NA | NA | 0.00 | 0.00 |
| BRANCH BANKING & TRUST | Con | 32,077.87 | 31,248.31 | 31,248.31 | 19,783.44 | 0.00 |
| CAVALRY SPV I, LLC ASSIGNEE | Sec | 900.00 | 900.00 | 900.00 | 900.00 | 35.23 |
| CAVALRY SPV I, LLC ASSIGNEE | Uns | 155.00 | 180.94 | 180.94 | 180.94 | 0.00 |
| COVINGTON CREDIT #TN0007 | Uns | 700.00 | 645.47 | 645.47 | 645.47 | 0.00 |
| Credit Central Inc | Uns | 800.00 | 1,028.18 | 1,028.18 | 1,028.18 | 0.00 |
| Greater Eastern Credit Union | Sec | 10,296.39 | 9,481.80 | 9,481.80 | 9,481.80 | 534.31 |
| ONEMAIN FINANCIAL, INC. | Sec | 2,500.00 | 2,500.00 | 2,500.00 | 2,500.00 | 160.88 |
| ONEMAIN FINANCIAL, INC. | Uns | 6,432.22 | 5,414.03 | 5,414.03 | 5,414.03 | 0.00 |
| REPUBLIC FINANCE, LLC | Uns | 2,000.00 | 2,076.91 | 2,076.91 | 2,076.91 | 0.00 |
| SPRINGCASTLE CREDIT FUNDING | Con | 25,740.64 | 32,393.53 | 32,393.53 | 16,057.65 | 0.00 |
| SUN LOAN | Uns | 1,150.00 | 1,150.00 | 1,150.00 | 1,150.00 | 0.00 |
| WORLD FINANCE CORP | Uns | 2,000.00 | 1,806.86 | 1,806.86 | 1,806.86 | 0.00 |
| APPALACHIAN EMERGENCY | Uns | 446.00 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Uns | 526.00 | 486.36 | 486.36 | 486.36 | 0.00 |
| CAPITAL ONE BANK USA NA BY | Uns | 166.65 | 184.68 | 184.68 | 184.68 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| THE CASH CO-NORTHSIDE | Uns | 1,791.00 | 2,016.88 | 2,016.88 | 2,016.88 | 0.00 |
| CHASE | Uns | 728.39 | NA | NA | 0.00 | 0.00 |
| CHASE | Uns | 1,740.56 | NA | NA | 0.00 | 0.00 |
| CITIBANK, N.A. | Uns | 4,125.00 | 2,173.66 | 2,173.66 | 2,173.66 | 0.00 |
| Portfolio Rec. Assoc. succ. in int. | Uns | 140.00 | 140.16 | 140.16 | 140.16 | 0.00 |
| DISCOVER BANK | Uns | 3,900.00 | 3,900.13 | 3,900.13 | 3,900.13 | 0.00 |
| EXHANGE CREDIT PROGRAM | Uns | 361.51 | NA | NA | 0.00 | 0.00 |
| FIRST ASSIST JONESBOROUGH | Uns | 50.00 | 35.00 | 35.00 | 35.00 | 0.00 |
| FRANKLIN WOODS COMMUNITY | Uns | 70.00 | 125.00 | 125.00 | 125.00 | 0.00 |
| FRANKLIN WOODS COMMUNITY | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO REC. ASSOC. SUCC INT. | Uns | 1,463.09 | 1,500.09 | 1,500.09 | 1,500.09 | 0.00 |
| PORTFOLIO REC. ASSOC. LLC SUCC. | Uns | 5,790.53 | 5,782.05 | 5,782.05 | 5,782.05 | 0.00 |
| PORTFOLIO REC. ASSOC. SUCC INT. | Uns | 548.60 | 536.06 | 536.06 | 536.06 | 0.00 |
| PORTFOLIO REC. ASSOC. LLC SUCC. | Uns | 2,034.01 | 1,901.74 | 1,901.74 | 1,901.74 | 0.00 |
| PORTFOLIO REC. ASSOC. LLC SUCC. | Uns | 374.11 | 356.49 | 356.49 | 356.49 | 0.00 |
| PORTFOLIO REC. ASSOC. LLC SUCC | Uns | 6,522.14 | 6,687.16 | 6,687.16 | 6,687.16 | 0.00 |
| Greater Eastern Credit Union | Uns | 943.66 | 918.63 | 918.63 | 918.63 | 0.00 |
| Portfolio Rec. Assoc. succ int Citibank | Uns | 1,429.93 | 1,513.03 | 1,513.03 | 1,513.03 | 0.00 |
| HOME DEPOT CREDIT SERVICES | Uns | 2,173.66 | NA | NA | 0.00 | 0.00 |
| JOHNSON CITY MEDICAL CENTER | Uns | 20.00 | 20.00 | 20.00 | 20.00 | 0.00 |
| JOHNSON CITY MEDICAL CENTER | Uns | 130.00 | NA | NA | 0.00 | 0.00 |
| LIFESCAN TENNESSEE | Uns | 172.57 | NA | NA | 0.00 | 0.00 |
| Regional Management Corporation dba | Uns | 1,100.00 | 1,225.29 | 1,225.29 | 1,225.29 | 0.00 |
| Portfolio Rec. Assoc. succ int. Citibank | Uns | 196.36 | 235.17 | 235.17 | 235.17 | 0.00 |
| SECURITY FINANCE DBA SFCT | Uns | 710.00 | 686.00 | 686.00 | 686.00 | 0.00 |
| UNION PLUS CREDIT CARD | Uns | 231.01 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NAT'L | Sec | 7,147.00 | 7,122.73 | 7,122.73 | 7,122.73 | 0.00 |
| WELLS FARGO FINANCIAL NAT'L | Uns | 0.00 | 25.00 | 25.00 | 25.00 | 0.00 |
| HEIGHTS FINANCE CORPORATION | Sec | 5,991.00 | 4,676.88 | 4,676.88 | 4,676.88 | 1,088.96 |
| SPRINGCASTLE CREDIT FUNDING | Sec | 0.00 | 73.44 | 73.44 | 73.44 | 0.00 |
| ARMY & AIR FORCE EXCHANGE | Uns | 0.00 | 307.13 | 307.13 | 307.13 | 0.00 |
| ECAST SETTLEMENT | Uns | 0.00 | 4,125.56 | 4,125.56 | 4,125.56 | 0.00 |
| CAVALRY SPV I, LLC ASSIGN OF | Uns | 0.00 | 263.66 | 263.66 | 263.66 | 0.00 |
| Suspended Claim | Sec | 0.00 | NA | NA | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 41,875.33 | $ 25,539.45 | $ 534.31 |
| Mortgage Arrearage | $ 73.44 | $ 73.44 | $ 0.00 |
| Debt Secured by Vehicle | $ 33,748.31 | $ 22,283.44 | $ 160.88 |
| All Other Secured | $ 12,699.61 | $ 12,699.61 | $ 1,124.19 |
| **TOTAL SECURED:** | $ 88,396.69 | $ 60,595.94 | $ 1,819.38 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 0.00 | $ 0.00 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 47,447.32 | $ 47,447.32 | $ 0.00 |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $ 7,661.41 |
| Disbursements to Creditors | $ 109,862.64 |
| **TOTAL DISBURSEMENTS:** | $ 117,524.05 |

UST Form 101-13-FR-S (9/1/2009)

   12)  The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.  The Trustee requests a final decree be entered that discharges the Trustee and grants such other relief as may be just and proper.

Date:   10/17/2017                   By:   /s/ Gwendolyn M. Kerney
                                            Trustee

**STATEMENT:**    This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)